**Opinion issued March 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00018-CR

———————————

## IN RE ALBERT VINCENT THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Albert Vincent Thomas, has filed a petition for writ of mandamus requesting that this Court compel the trial court to "Grant Writ of Habeas Corpus action and to make a fair ruling on the Designation of Issues motion filed on Oct 19, 2015 as in reasonable amount of time." [*] We **deny** the petition.

---

[*] The underlying case is *State of Texas v. Albert Vincent Thomas*, cause number 1145134-B, in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.

**PER CURIUM**

Panel consists of Justices Jennings, Massengale and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).